Pro Se 15 2016

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 13 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Susan Marcos-Chavela

Plaintiff(s),

v.

1. Reign-Grospe France ①
Jeffry Bezos ②
Lumen Field ③

Jody Allen ④
Seattle Seahawks ⑤
City of Seattle ⑥

Defendant(s).

CASE NO. 2:23-cv-00897-TL
[to be filled in by Clerk's Office]

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(for use only by plaintiffs not in custody)

Jury Trial: ☑ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Susan Marcos-Chavela
Street Address: 715 Spring Street (live) no mail
City and County: Seattle, King — no
State and Zip Code: Washington 98104 — phone
Telephone Number: 206-288-3884 — calls

Mailing address
1830 9th Ave
Seattle Wa.
98101

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

1 | B.    Defendant(s)

2 | *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an*
3 | *individual defendant, include the person's job or title (if known). Attach additional pages if*
4 | *needed.*

Defendant No. 1 — *StAnd DowN SUIT UP!*  *Yackison crack*

5 | Name — OL OLYMPIQE Lyonnais
6 | Job or Title (if known) — owner of Seattle *Gap*
7 | Street Address — M.L.S. Women —
8 | City and County — OL Reigne
9 | State and Zip Code — Supports autoui ut
   | Telephone Number — Paid attendence —
10 | ☐ Individual capacity   ☑ Official capacity   "Ziauri"

11 | Defendant No. 2 — Personal tr dupa ug Russia / Jean a Romano

12 | Name —
13 | Job or Title (if known) — Pact own — Fakers — Stupid fool with
14 | Street Address —
   | City and County — Literal Faun fiaud
15 | State and Zip Code — Suppot of Agenty my TLC policies
16 | Telephone Number — LBGQT++
17 | ☑ Individual capacity   ☑ Official capacity   — AMAZON —

18 | Defendant No. 3

19 | Name — Lunen Field
20 | Job or Title (if known) — Operator of Shawt Specthclee of
21 | Street Address —
   | City and County — Use at mockey of
22 | State and Zip Code — Progress Flag mey
23 | Telephone Number — a mockey of gender
24 | ☐ Individual capacity   ☑ Official capacity   Abuse at

limited to parter
Selection —
Disgusting

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

1  Defendant No. 4
2    Name: Jody Allen
3    Job or Title (if known): "Pretend Owner" of Seahawks + Trailblazers
4    Street Address:
     City and County:
5    State and Zip Code:
     Telephone Number:
6    ☐ Individual capacity    ☑ Official capacity
7    (5) Seattle Seahawks    (6) City of Seattle

II.  **PREVIOUS LAWSUITS**

Have you brought any other lawsuits in any federal court in the United States:?

☐ No    ☑ Yes    If yes, how many? over 20

Describe the lawsuit:
Offensive Act in Lume Fuel as Athletes - King/Fishlock - "Bally" flaunt the faggotry - w/ Symbolic Flag and fury the repchuck nature in sputter of a paid audien to ruject crusy -

[margin: revengeful Seattle City as a Domed of Queen]

Parties to this previous lawsuit:
Social Security, Prof Heather Hu Suess, Seattle Wa. Taxi, Bellew Bumps Office, Tacoma/ke of their Vice-Pride K. Harris, Babs Boxer, Mackenzie Bezos - Support as

Plaintiff(s): rich ex wife status w/ loads of loot for personal - profume exploith to her supreme political proclivities -

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

1
2
3   Defendant(s)
4   M. Peckue, R. Jones
5   in prison lawsuit dismiss
6
7
8   (*If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary*)
9
    Court and name of district:
10  U.S. District Fedl Court Seattle
11  Docket Number: 2:23-CV-00875 JU
12  Assigned Judge: James Chung
13
    Disposition: (*For example, was the case dismissed as frivolous or for failure to state a
14  claim? Was it appealed? Is it still pending?*)
15
16
17
18  Approximate filing date of lawsuit: 6-9-2023
19  Approximate date of disposition: Not yet available
20
21              **III.   BASIS FOR JURISDICTION**
22      Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any
23  rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*
24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

Pro Se 15 2016

1  v. *Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may
2  sue federal officials for the violation of certain constitutional rights.
3  A.     Are you bringing suit against *(check all that apply)*:
4     ☐   Federal officials (a *Bivens* claim)
5     ☑   State or local officials (a § 1983 claim)
6  B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or
7         immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are
8         suing under section 1983, what federal constitutional or statutory right(s) do you claim
9         is/are being violated by state or local officials?
10           ✓ Freedom of Worship –
11           ✓ Consumer Fraud
12
13
14 C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional
15        rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are
16        being violated by federal officials?
17           Same - allowance Federal Judge
18           the personal issues of my suits
19           are violated not only by
20           City, County, State, Federal Authorities
21 D.     Section 1983 allows defendants to be found liable only when they have acted "under   but
22        color of any   statute, ordinance, regulation, custom, or usage, of any State or Territory  by
23        or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983,   individ
24        explain how each defendant acted under color of state or local law. If you are suing   uals
                                                                                                in participation

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Flags Promoting Sexual Power over God's Creation -

### IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Continued use of a paid sports event to promote Faggotry Sodomy Sexual delusion of false images - Similar to NBA - Black Lives Matter OFFensive!

A. Where did the events giving rise to your claim(s) occur?

Lumen Field

B. What date and approximate time did the events giving rise to your claim(s) occur?

June 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

entire Stadium, readership of Seattle Times, "word of mouth - in the net communication"

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

Continual Abuse of medical personnel directive to put God Dad in America - to divest cteteles wow Foreign French Investors-

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

Money — 200 billion 200 million
(1) Taj Mahal 60 (bil) - for RCC Spousal Center for Refugee Global discussion -
(2) Feed the World (60) bil
Through Tuality + Shul Success
Queer - Cabs funder - Seattle

Memorias for other 1 worst Truth

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

1     I agree to provide the Clerk's Office with any changes to my address where case-related
2 papers may be served. I understand that my failure to keep a current address on file with the
3 Clerk's Office may result in the dismissal of my case.

4     Date of signing: _Jun 13, 2023_

5     Signature of Plaintiff _[signature]_

6     Printed Name of Plaintiff _Susan Marcos-Chhueller_

8     Date of signing: _____

9     Signature of Plaintiff _____

10    Printed Name of Plaintiff _____

12    Date of signing: _____

13    Signature of Plaintiff _____

14    Printed Name of Plaintiff _____

Handwritten annotations:

(3) Remedy —
Rdd. FirstHill Puhel Church Purdue — moveto
rev Rdd — Wones Equipment Ceil
(200) mil — Seattle prototype
(14) bil for global replicas

(4) Versalle Fuel
Palnef Versalle

(5) me Scouts U.S.A.
(4) bil

(6) U.S.A. Select Soccer
Huss-Scheduly meet
fund
(2) b

(60) bil Mutual
Wones Fucu

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8