UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN MARCOS-CHAVELA,<br><br>                    Plaintiff,<br>       v.<br><br>OL REIGN GROUPE et al,<br><br>                    Defendants. | CASE NO. 2:23-cv-00897-TL<br><br>ORDER OF DISMISSAL |

This is a § 1983 action arising from the display of certain flags. This matter comes before the Court on its own motion, upon review of the record.

Plaintiff Susan Marcos-Chavela proceeds without legal representation. On July 3, 2023, the Court declined to issue summons and dismissed the complaint without prejudice pursuant to 28 U.S.C. § 1915(e), with leave to file an amended complaint by July 17, 2023. Dkt. No. 6 at 8. The Court warned Plaintiff that "[f]ailure to timely amend will result in the final dismissal and closure of this case." *Id.* Plaintiff's deadline to amend has long since passed.

ORDER OF DISMISSAL - 1

Accordingly, the Court DISMISSES this action without prejudice. Judgment will issue separately. The Clerk is DIRECTED to close this case.

Dated this 16th day of August 2023.

Tana Lin
United States District Judge